Hal Armstrong, Utah Bar No. 10157
**JLJ LAW GROUP, PLLC**
124 SOUTH 400 EAST, SUITE 410
SALT LAKE CITY, UTAH 84111
Telephone: 801-883-8204
Facsimile: 801-990-9033
*Attorneys for Plaintiff*

```
                FILED
          U.S. DISTRICT COURT

          2012 FEB -6  P 3: 52

           DISTRICT OF UTAH

          BY:_____
              DEPUTY CLERK
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GEORGE R. TORPE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC, *et al.*,<br><br>Defendants. | **ORDER ON MOTION TO DISMISS**<br><br>Case No. 2:11-CV-00971-BSJ<br><br>Judge Bruce S. Jenkins |

Defendants Aurora Loan Services, LLC, Aurora Bank, FSB, and Mortgage Electronic Registration Systems, Inc.'s Motion To Dismiss came on regularly for hearing before the Court on Wednesday, January 4, 2012, at 10:30 a.m. Plaintiff was represented by attorney Hal Armstrong. The moving Defendants were represented by attorney Philip D. Dracht. The Court having reviewed the parties' submissions and having heard oral argument, and being well advised on the pleadings, it is hereby ORDERED:

1. Movants' motion to dismiss is GRANTED as to Plaintiff's First Cause of Action (Declaratory Judgment), and Fifth Cause of Action (Injunctive Relief); and

2. Movants' motion to dismiss is DENIED as to Plaintiffs' Second Cause of Action (Breach of Contract/Breach of Covenant of Good Faith and Fair Dealing), Third Cause of Action (Promissory Estoppel), and Fourth Cause of Action (Breach of Covenant of Good Faith and Fair Dealing);

Defendants shall file an answer to the Complaint within 20 days.

DATED this 6th day of January, 2012.

BY THE COURT

_____
Honorable Bruce S. Jenkins
United States District Judge

*Approved as to form:*

FABIAN & CLENDENIN, P.C.

/s/ Philip D. Dracht
Philip D. Dracht
Felicia B. Canfield
Attorneys for Movants

## CERTIFICATE OF SERVICE

The undersigned certifies that, on January 11, 2012, the foregoing document was sent, by first-class United States Mail, postage prepaid, to:

Philip S. Dracht
Felicia B. Canfield
FABIAN & CLENDENIN, P.C.
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323

_____