Hal Armstrong, Utah Bar No. 10157
JLJ Law Group, PLLC
124 South 400 East, Suite 410
Salt Lake City, Utah 84111
Telephone: 801-883-8204
Facsimile: 801-990-9033
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GEORGE R. TORPE, an individual,<br><br>PLAINTIFF,<br><br>vs.<br><br>AURORA LOAN SERVICES, LLC, a foreign limited liability company; AURORA BANK, FSB, a federal savings bank, as successor in interest to LEHMAN BROTHERS BANK, FSB, a federal savings bank,<br><br>Defendants. | Case No. 2:11-cv-00971-DN<br><br><br>AMENDED SCHEDULING ORDER<br><br><br>Judge David Nuffer |

Plaintiff George R. Torpe and Defendants Aurora Loan Services, LLC, and Aurora Bank,

FSB, have filed a stipulated motion to amend the scheduling order.[1]  The Court finds that the

parties have established good cause to amend the existing scheduling order.

**The pretrial conference scheduled for January 22, 2014 and the trial commencing**

**February 3, 2014 are VACATED**, and the following matters are scheduled.  The times and

deadlines set forth herein may not be modified without the approval of the Court and on a

showing of good cause.

---

[1] Docket no. 48, filed Jan. 13, 2014.

- 2 -

| Action | Deadline |
|---|---|
| Deadline to file dispositive motions | May 9, 2014<br>Opposition due by May 23, 2014<br>Reply due by May 30, 2014 |
| Rule 26 (a)(3) Pretrial Disclosures | June 13, 2014 (Plaintiff)<br>June 27, 2014 (Defendant) |
| Special Attorney Conference | On or before July 11, 2014 |
| Final Pretrial Conference | August 15, 2014 at 2:00 p.m. in Room 230 |
| Two-Day Bench Trial | September 8, 2014 at 8:30 a.m. |

Dated this 15th day of January, 2014.

BY THE COURT:

David Nuffer
U.S. District Court Judge